# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ASBURY,<br><br>        Plaintiff,<br><br>   vs.<br><br>EDMUND G. BROWN, et al.,<br><br>        Defendants. | 1:15-cv-01062-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff Diane Asbury ("Plaintiff") a state prisoner proceeding pro se filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 10, 2015.  Plaintiff also filed a motion seeking leave to proceed in forma pauperis, but the motion was not on the appropriate form and was not complete.  Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **July 22, 2015**                              /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE

1